JS-6

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

Case No.  CV 18-09268-AB (SKx)

11

Martin Vogel

                    Plaintiff,

12

ORDER DISMISSING CIVIL ACTION

13

v.

14

Denis Leon Gray et al

15

                    Defendants.

16
17
18

THE COURT having been advised by counsel that the above-entitled action has been settled;

19
20

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

21
22
23
24
25

Dated:  April 25, 2019

_____

26

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

27
28